# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Scisafe Inc | 12/9/2022 | Wire | $ 8,636.63 |
| Akorn Operating Company, LLC | Scisafe Inc | 1/6/2023 | Wire | $ 15,494.75 |
| Akorn Operating Company, LLC | Scisafe Inc | 1/13/2023 | Wire | $ 9,770.46 |
| Akorn Operating Company, LLC | Scisafe Inc | 1/27/2023 | Wire | $ 191.93 |
| Akorn Operating Company, LLC | Scisafe Inc | 2/8/2023 | Wire | $ 9,578.53 |
| | | | | $ 43,672.30 |